**Samuel S. JOHNSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 45413.

Missouri Court of Appeals, Western District.

April 28, 1992.

Motion for Rehearing and/or Transfer to Supreme Court Denied
June 2, 1992.

Application to Transfer Denied
July 21, 1992.

David S. Durbin, Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Robin H. Grissom, Asst. Atty. Gen., Jefferson City, for respondent.

Before SPINDEN, P.J., and TURNAGE and BRECKENRIDGE, JJ.

## ORDER

PER CURIAM:

Appeal from the dismissal of a Rule 29.15 motion for post-conviction relief.

Affirmed. Rule 84.16(b).